# STATEMENT OF 341(A) LOCATION

September 16, 2010

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
  Chapter 13 Case No.: 6:10-bk-37645-DS
  341(a) Meeting of Creditors: 10/05/2010 08:00 AM
  **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

   NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

  The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

  Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

            _Rod Oal_

          Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**: On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____09/16/2010_____ | _____Luis Carrillo_____ | _____/s/_____ |
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

Debtors                                              Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS,  CA  92653

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.


_____
        Rod Danielson, Chapter 13 Trustee

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN        **Chapter: 13**

        Debtors

                                    Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA  93062

Chase
800 Brooksedge Blv
Westerville, OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON, DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

BANK OF AMERICA
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley,  CA  93062

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
    Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____09/16/2010_____ | ____Luis Carrillo____ | ____/s/____ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS,  CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley,  CA  93062

Chase
800 Brooksedge Blv
Westerville,  OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls,  SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn,  MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA,  GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul,  MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON,  DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank,  CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO,  CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes,  NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY,  MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA,  CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills,  CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE,  CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Chase
800 Brooksedge Blv
Westerville,  OH  43081

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

    Debtors

                                          Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

| | | |
|---|---|---|
| JOHNEL LEE MORGAN<br>WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA, CA 92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | BANK OF AMERICA<br>Attention: Bankruptcy<br>CA6-919-01-41<br>Po Box 5170<br>Simi Valley, CA 93062 |
| Chase<br>800 Brooksedge Blv<br>Westerville, OH 43081 | Citibank Sd, Na<br>Po Box 6500<br>Sioux Falls, SD 57117 | Ford Motor Credit Corporation<br>National Bankruptcy Center<br>Po Box 6275<br>Dearborn, MI 48121 |
| GE MONEY BANK<br>ATTN: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 530912<br>ATLANTA, GA 30353-0912 | Gemb/funancing<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | HSBC<br>ATTENTION: BANKRUPTCY<br>PO BOX 15522<br>WILMINGTON, DE 19850 |
| Lockheed Fed Cr Union<br>2340 N Hollywood W<br>Burbank, CA 91510 | SAN DIEGO COUNTY CRED<br>5555 MILDRED ST<br>SAN DIEGO, CA 92110 | Sears/CBSD<br>8725 W. Sahara Ave<br>The Lakes, NV 89163 |
| Texaco / Citibank<br>ATTN.: CENTRALIZED<br>BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE, CA 92623 | WELL FARGO DEALER<br>SERVICES<br>FKA: WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE, CA 92623 |
| WELLS FARGO DEALER<br>SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | ROD (DS) DANIELSON (TR)<br>4361 LATHAM STREET, SUITE<br>270<br>RIVERSIDE, CA 92501 |
| WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA, CA 92563 | | |

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Citibank Sd, Na
Po Box 6500
Sioux Falls,  SD  57117

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.


                Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                    **Chapter: 13**

                Debtors

                                                        Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn,  MI  48121

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
       Rod Danielson, Chapter 13 Trustee

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| ___09/16/2010___ | ___Luis Carrillo___ | ___/s/___ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

GE MONEY BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
      Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                    **Chapter: 13**

    Debtors

                                                            Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul,  MN  55101

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
           Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____09/16/2010_____ | _____Luis Carrillo_____ | _____/s/_____ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                    **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON,  DE  19850

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____09/16/2010_____ | Luis Carrillo | _____/s/_____ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

          Debtors

                                                        Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS,  CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley,  CA  93062

Chase
800 Brooksedge Blv
Westerville,  OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls,  SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn,  MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA,  GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul,  MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON,  DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank,  CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO,  CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes,  NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY,  MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA,  CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills,  CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE,  CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank,  CA  91510

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                **Chapter: 13**

          Debtors                                    Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

# STATEMENT OF 341(A) LOCATION

September 16, 2010

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO,  CA  92110

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____

Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                    **Chapter: 13**

    Debtors

                                                             Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

| | | |
|---|---|---|
| JOHNEL LEE MORGAN<br>WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA,  CA  92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS,  CA  92653 | BANK OF AMERICA<br>Attention: Bankruptcy<br>CA6-919-01-41<br>Po Box 5170<br>Simi Valley,  CA  93062 |
| Chase<br>800 Brooksedge Blv<br>Westerville,  OH  43081 | Citibank Sd, Na<br>Po Box 6500<br>Sioux Falls,  SD  57117 | Ford Motor Credit Corporation<br>National Bankruptcy Center<br>Po Box 6275<br>Dearborn,  MI  48121 |
| GE MONEY BANK<br>ATTN: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 530912<br>ATLANTA,  GA  30353-0912 | Gemb/funancing<br>332 Minnesota St Ste 610<br>Saint Paul,  MN  55101 | HSBC<br>ATTENTION:  BANKRUPTCY<br>PO BOX 15522<br>WILMINGTON,  DE  19850 |
| Lockheed Fed Cr Union<br>2340 N Hollywood W<br>Burbank,  CA  91510 | SAN DIEGO COUNTY CRED<br>5555 MILDRED ST<br>SAN DIEGO,  CA  92110 | Sears/CBSD<br>8725 W. Sahara Ave<br>The Lakes,  NV  89163 |
| Texaco / Citibank<br>ATTN.: CENTRALIZED<br>BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,  MO  64195 | WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE,  CA  92623 | WELL FARGO DEALER<br>SERVICES<br>FKA: WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE,  CA  92623 |
| WELLS FARGO DEALER<br>SERVICES<br>PO BOX 25341<br>SANTA ANA,  CA  92799 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills,  CA  92653 | ROD (DS) DANIELSON (TR)<br>4361 LATHAM STREET, SUITE<br>270<br>RIVERSIDE,  CA  92501 |
| WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA,  CA  92563 | | |

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Sears/CBSD
8725 W. Sahara Ave
The Lakes,  NV  89163

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
      Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
|  | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Texaco / Citibank
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged. The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside. Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | **Chapter: 13** |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____09/16/2010_____ | ____Luis Carrillo____ | _____/s/_____ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

Debtors                                                      Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

WACHOVIA DEALER SERVICES
PO BOX 19657
IRVINE, CA 92623

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

Rod Danielson, Chapter 13 Trustee

Page 1 of 3

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                **Chapter: 13**

      Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA  93062

Chase
800 Brooksedge Blv
Westerville, OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON, DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

WELL FARGO DEALER SERVICES
FKA: WACHOVIA DEALER SERVICES
PO BOX 19657
IRVINE,  CA  92623

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_Rod Oal_

_____

Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

          Debtors                                           Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS,  CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley,  CA  93062

Chase
800 Brooksedge Blv
Westerville,  OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls,  SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn,  MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA,  GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul,  MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON,  DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank,  CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO,  CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes,  NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY,  MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE,  CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA,  CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills,  CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE,  CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

# STATEMENT OF 341(A) LOCATION

September 16, 2010

WELLS FARGO DEALER SERVICES
PO BOX 25341
SANTA ANA,  CA  92799

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

      NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

      The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

      Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
               Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN        **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

| | | |
|---|---|---|
| JOHNEL LEE MORGAN<br>WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA, CA 92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | BANK OF AMERICA<br>Attention: Bankruptcy<br>CA6-919-01-41<br>Po Box 5170<br>Simi Valley, CA 93062 |
| Chase<br>800 Brooksedge Blv<br>Westerville, OH 43081 | Citibank Sd, Na<br>Po Box 6500<br>Sioux Falls, SD 57117 | Ford Motor Credit Corporation<br>National Bankruptcy Center<br>Po Box 6275<br>Dearborn, MI 48121 |
| GE MONEY BANK<br>ATTN: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 530912<br>ATLANTA, GA 30353-0912 | Gemb/funancing<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | HSBC<br>ATTENTION: BANKRUPTCY<br>PO BOX 15522<br>WILMINGTON, DE 19850 |
| Lockheed Fed Cr Union<br>2340 N Hollywood W<br>Burbank, CA 91510 | SAN DIEGO COUNTY CRED<br>5555 MILDRED ST<br>SAN DIEGO, CA 92110 | Sears/CBSD<br>8725 W. Sahara Ave<br>The Lakes, NV 89163 |
| Texaco / Citibank<br>ATTN.: CENTRALIZED<br>BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE, CA 92623 | WELL FARGO DEALER<br>SERVICES<br>FKA: WACHOVIA DEALER<br>SERVICES<br>PO BOX 19657<br>IRVINE, CA 92623 |
| WELLS FARGO DEALER<br>SERVICES<br>PO BOX 25341<br>SANTA ANA, CA 92799 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | ROD (DS) DANIELSON (TR)<br>4361 LATHAM STREET, SUITE<br>270<br>RIVERSIDE, CA 92501 |
| WESLEY ALLEN MORGAN<br>28811 LAVATERA AVENUE<br>MURRIETA, CA 92563 | | |

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills,  CA  92653

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
        Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
| | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN          **Chapter: 13**

Debtors

Case Number: 6:10-bk-37645-DS

## PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA 92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Chase
800 Brooksedge Blv
Westerville, OH 43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA 30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

HSBC
ATTENTION: BANKRUPTCY
PO BOX 15522
WILMINGTON, DE 19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA 91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA 92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV 89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA 92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA 92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA 92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA 92563

FG:114

# STATEMENT OF 341(A) LOCATION

September 16, 2010

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA,  CA  92563

Re: JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN
    Chapter 13 Case No.: 6:10-bk-37645-DS
    341(a) Meeting of Creditors: 10/05/2010 08:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced
Chapter 13 case will be held at:

**Riverside Convention Center**

**3443 Orange Street**

**Citrus Heritage Room, 2nd Floor**

**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be
held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is
free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

    _Rod Oal_
_____
    Rod Danielson, Chapter 13 Trustee

FG:114

| In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN | Chapter: 13 |
|---|---|
|  | Case Number: 6:10-bk-37645-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 9/16/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/16/2010 | Luis Carrillo | /s/ |
|---|---|---|
| Date | Type Name | Signature |

In re:    JOHNEL LEE MORGAN and WESLEY ALLEN MORGAN                    **Chapter: 13**

        Debtors

                                                                        Case Number: 6:10-bk-37645-DS


# PROOF OF SERVICE OF DOCUMENT <u>CONTINUED</u>

JOHNEL LEE MORGAN
WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

BANK OF AMERICA
Attention: Bankruptcy
CA6-919-01-41
Po Box 5170
Simi Valley, CA  93062

Chase
800 Brooksedge Blv
Westerville, OH  43081

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD  57117

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI  48121

GE MONEY BANK
ATTN: BANKRUPTCY
DEPARTMENT
PO BOX 530912
ATLANTA, GA  30353-0912

Gemb/funancing
332 Minnesota St Ste 610
Saint Paul, MN  55101

HSBC
ATTENTION:  BANKRUPTCY
PO BOX 15522
WILMINGTON, DE  19850

Lockheed Fed Cr Union
2340 N Hollywood W
Burbank, CA  91510

SAN DIEGO COUNTY CRED
5555 MILDRED ST
SAN DIEGO, CA  92110

Sears/CBSD
8725 W. Sahara Ave
The Lakes, NV  89163

Texaco / Citibank
ATTN.: CENTRALIZED
BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO  64195

WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELL FARGO DEALER
SERVICES
FKA: WACHOVIA DEALER
SERVICES
PO BOX 19657
IRVINE, CA  92623

WELLS FARGO DEALER
SERVICES
PO BOX 25341
SANTA ANA, CA  92799

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

ROD (DS) DANIELSON (TR)
4361 LATHAM STREET, SUITE
270
RIVERSIDE, CA  92501

WESLEY ALLEN MORGAN
28811 LAVATERA AVENUE
MURRIETA, CA  92563